# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TAILORED BRANDS, INC., et al, | Case No. 20-33900 (MI) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 2336
### BY DELL FINANCIAL SERVICES L.L.C.

Now comes Dell Financial Services L.L.C. ("DFS") and withdraws its Proof of Claim, which was initially filed on or about October 1, 2020, under Claim No. 8 in the Tailored Shared Services, LLC's bankruptcy proceeding, Case No. 20-33913 in the amount of $380,372.67 and is also listed as Claim No. 2336 by Prime Clerk in the consolidated case.

Dated:  June 17, 2021

                        Respectfully submitted,

                        By:  /s/ *Sabrina L. Streusand*
                              Sabrina L. Streusand
                              TX Bar No. 11701700
                              Streusand, Landon & Ozburn LLP
                              1801 S. MoPac Expressway, Suite 320
                              Austin, Texas 78746
                              Telephone:  (512) 236-9901
                              Facsimile:  (512) 236-9904
                              streusand@slollp.com

                        **ATTORNEYS FOR**
                        **DELL FINANCIAL SERVICES L.L.C.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and correct copy of the foregoing instrument has been served on this 17th day of June 2021 upon all parties requesting service via ECF notification.

／s／ *Sabrina L. Streusand*
Sabrina L. Streusand