United States Courts
Southern District of Texas
FILED

JAN 24 2022

Nathan Ochsner, Clerk of Court

**WE ARE YOUR DOL**

NEW YORK STATE OF OPPORTUNITY | Department of Labor

Kathy Hochul, Governor
Roberta L. Reardon, Commissioner

January 18, 2022

Clerk of Court
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
PO BOX 61010
HOUSTON, TX  77208-1010

Re: TAILORED SHARED SERVICES LLC
ER# 52-50473
BANKRUPTCY# 20-33913

Dear Sir:

We hereby withdraw our Priority Claim which was dated 9/8/2020 for a $1.24.

Very truly yours,

Suzanne Fay
UI Employer Compliance Agent 2
(518)457-1738

SF:sf

IA 37.1WD (6-12)